1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  TRUSTEES OF THE BRICKLAYERS &      )      2:10-cv-00767-HDM-PAL
    ALLIED CRAFTWORKERS LOCAL 13       )
12  DEFINED CONTRIBUTION PENSION       )
    TRUST FOR SOUTHERN NEVADA, et      )      ORDER
13  al.,                               )
                                       )
14               Plaintiffs,           )
                                       )
15  vs.                                )
                                       )
16  GRANITE WORKS, INC., and JON       )
    CANJA,                             )
17                                     )
                 Defendants.           )
18  _____   )

19       On October 21, 2010, the defendants' former attorneys filed a

20  motion to withdraw as counsel coupled with a request for attorney's

21  fees and costs.  The court will treat the request as a motion for

22  attorney's fees pursuant to Nev. Rev. Stat. § 18.010.  The record

23  reflects that defendants were served with a copy of the combined

24  motion to withdraw and for attorney's fees and costs.  On October

25  27, 2010, the magistrate judge entered an order granting the motion

26  to withdraw.  No action was taken on the motion for attorney's fees

27  and costs.  Accordingly, the clerk of the court is directed to

28  serve a copy of the motion to withdraw and for attorney's fees and

                                  1

1  costs (#14) on the defendants.  The defendants shall have up to and

2  including February 4, 2011, in which to file any response to the

3  motion for attorney's fees and costs.

4       **IT IS SO ORDERED.**

5       DATED: This 4th day of January, 2011.

6
7  _____
          UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2