# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, *et al*,

       Plaintiffs,

vs.

GRANITE WORKS, INC., *et al.,*

       Defendants.

Case No. 2:10-cv-00767-HDM-PAL

**ORDER**

   This matter is before the court on Defendants' Response (Dkt. #20) to the court's Order to Show Cause (#18) for the parties' failure to retain substitute counsel as ordered.

   The parties have now addressed substitute counsel within their Response (Dkt. #20). The court is satisfied that the parties did not intentionally disregard the court's Orders (##17, 18), and sanctions are not warranted.

   Dated this 3rd day of January, 2011.

                   _____
                   Peggy A. Leen
                   United States Magistrate Judge