UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GRANITE WORKS, INC., et al.,<br><br>Defendants. | Case No. 2:10-cv-00767-HDM-PAL<br><br>**ORDER** |

This matter is before the court on the Response to Order to Show Cause (Dkt. #20) filed by Defendants on December 21, 2010. The Response indicates that due to a misunderstanding between counsel and Defendants, no statement or notice of appearance was filed by the court's deadline of November 23, 2010. However, the response indicates that Mortenson & Rafie LLP will represent Defendants. The court is satisfied that Defendants did not intentionally disregard the court's Orders (Dkt. #17, 18), and sanctions are not warranted.

Dated this 4th day of January, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE