# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al.,

      Plaintiffs,

vs.

GRANITE WORKS, INC., et al.,

      Defendants.

Case No. 2:10-cv-00767-HDM-PAL

**ORDER**

(Defts' Mot. Ext Time - Dkt. #24)

  Before the court is Defendants' Motion for Extension of Time to Respond to Motion to Compel Discovery Responses (Dkt. #24). No opposition has been filed to the motion, and the time for filing an opposition has run. As such,

  **IT IS ORDERED** that Defendants' Motion for Extension of Time to Respond to Motion to Compel Discovery Responses (Dkt. #24) is **GRANTED**, and Plaintiffs shall have until **February 8, 2011,** to file an opposition.

  Dated this 27th day of January, 2011.

                  _____
                  Peggy A. Leen
                  United States Magistrate Judge