1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al, <br><br>Plaintiffs, <br><br>vs. <br><br>GRANITE WORKS, INC., a Nevada corporation; JON CANJA, individually, <br><br>Defendants. | CASE NO.:  2:10-cv-767-HDM-PAL <br><br>**JUDGMENT** |

Upon application by Plaintiffs herein for a default judgment pursuant to FED. R. CIV. P. 55(b)(2), the Answer of Defendant Granite Works, Inc. having been stricken due to such Defendant's failures to abide by the Court's Order to Show Cause (#32) dated March 9, 2011, and for good cause,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL

PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and against Defendant GRANITE WORKS, INC. in the following amounts:

| | |
|---|---:|
| Unpaid monthly contributions (including unpaid dues check-off) (February 12, 2008 through September 30, 2009) | $ 201,842.21 |
| Unpaid monthly contributions (including unpaid dues check-off) (August 2010 through October 2010) | $ 20,736.00 |
| Liquidated damages for unpaid monthly contributions (February 12, 2008 through September 30, 2009) | $ 37,035.92 |
| Liquidated damages for unpaid monthly contributions (August 2010 through October 2010) | $ 4,147.20 |
| Pre-Judgment interest for unpaid monthly contributions (February 12, 2008 through September 30, 2009) | $ 67,388.74 |
| Pre-Judgment interest for unpaid monthly contributions (August 2010 through October 2010) | $ 1,404.03 |
| Audit fees | $ 12,359.15 |
| Attorneys fees and costs | $ 35,197.67 |
| **Total Judgment Amount** | **$ 380,110.92** |

Post-judgment interest shall accrue on the Total Judgment Amount at the highest rate allowable by law.

Dated: July 28, 2011

_____
UNITED STATES DISTRICT JUDGE

2