**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND, BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND, and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>        Plaintiffs,<br><br>vs.<br><br>GRANITE WORKS, INC., and JON CANJA,<br><br>        Defendants. | 2:10-cv-00767-HDM-PAL<br><br>ORDER |

On July 26, 2011, the court entered its order granting in part, denying in part, and reserving in part on the plaintiffs' motion for default judgment against defendant Jon Canja. The court granted the motion as to unpaid employee contributions and denied the motion as to the unpaid employer contributions for the International Health Fund, the International Pension Fund, and the

1

Pension Trust. The court reserved its decision as to the unpaid employer contributions for the Vacation Trust, the Health Benefits Fund, and the Masonry Trust and allowed the plaintiffs a final opportunity to supplement their motion. The court's order specifically directed plaintiffs to supplement their motion both as to the amounts of unpaid employer contributions for those three trust funds as well as to the factual basis supporting its assertion that Canja exercised fiduciary control over the unpaid employer contributions to those funds. In particular, the court's order stated: "The failure to file a supplement and provide evidence of Canja's fiduciary function will result in a denial of the motion for default judgment as to all unpaid employer contributions." (Doc. #42 at 12). The supplement was ordered to be filed on or before August 16, 2011.

On August 16, 2011, plaintiffs filed their second supplemental brief regarding Canja's liability (#48). The supplement addresses only the amount of unpaid employer contributions and does not provide any evidence or argument as to Canja's fiduciary role with respect to those contributions. Accordingly, for the reasons set forth in the prior order of this court, plaintiffs' motion for default judgment against Canja as to unpaid employer contributions is hereby **DENIED.**

**IT IS SO ORDERED.**

DATED: This 23rd day of August, 2011.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE

2